FILED

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

AUG 19 2026

KP

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:26-cr-00193 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| [1] KEDARIOUS BELL | ) | 18 U.S.C. § 924 |
| [2] KENYON BLACKMAN | ) | 18 U.S.C. § 924(h) |
| [3] IMARI CALLOWAY | ) | 18 U.S.C. § 924(o)(1) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Beginning in or around June 16, 2026, the exact date being unknown to the Grand Jury, through on or about the return of this Indictment, in the Middle District of Tennessee and elsewhere, the defendants, **[1] KEDARIOUS BELL**, **[2] KENYON BLACKMAN**, and **[3] IMARI CALLOWAY**, did combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to knowingly transfer a firearm, to wit: a Palmetto State Armory model PA-15 caliber Multi lower receiver, coupled with a caliber .223/5.56 upper receiver to make a short barreled rifle; a Pioneer Arms Corp. model Hellpup caliber 7.62x39 pistol; a Century Arms Inc. model VSKA caliber 7.62x39 pistol; a Staccato 2011, LLC. Model HD P4 caliber 9x19 pistol; a Zastava, Model ZPAP92, 7.62 caliber pistol; an Anderson Manufacturing, Model AM-15, Multi-caliber lower .308 rifle; an IWI, Model: Tavor SAR, caliber .223, rifle; a Smith and Wesson model SD9VE caliber 9mm pistol; a Forjas Taurus model G2c caliber 9mm pistol; a Palmetto State Armory model Palmetto Dagger Compact caliber 9mm pistol, with a Machine Gun Conversion Device attached; a Zastava model PAP M92PV caliber 7.62x39mm pistol; a Trabzon Silah Sanayi A.S. (TISAS) model PX-9 Carry caliber 9x19mm pistol; and an

American Tactical Inc. model Omni Hybrid caliber Multi lower receiver, coupled with a caliber 5.56 upper receiver by American Tactical to make a complete pistol, with knowledge or reasonable cause to believe that the firearms would be used to commit a crime under the Export Control Reform Act of 2018.

In violation of Title 18, United States Code, Section 924(h).

COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about June 16, 2026, in the Middle District of Tennessee, the defendants, **[1] KEDARIOUS BELL, [2] KENYON BLACKMAN**, and **[3] IMARI CALLOWAY**, knowingly engaged in the business of dealing in firearms without a Federal Firearms License.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about June 16, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, transferred a firearm, to wit: a Palmetto State Armory model PA-15 caliber Multi lower receiver, coupled with a caliber .223/5.56 upper receiver to make a short-barreled rifle, with knowledge or reasonable cause to believe that the firearm would be used to commit a crime under the Export Control Reform Act of 2018.

In violation of Title 18, United States Code, Section 924(h).

COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about June 17, 2026, in the Middle District of Tennessee, the defendants, **[2] KENYON BLACKMAN,** and **[3] IMARI CALLOWAY**, knowingly engaged in the business of dealing in firearms without a Federal Firearms License.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about June 17, 2026, in the Middle District of Tennessee, the defendants, **[2] KENYON BLACKMAN,** and **[3] IMARI CALLOWAY**, transferred a firearm, to wit: a Pioneer Arms Corp. model Hellpup caliber 7.62x39 pistol, with knowledge or reasonable cause to believe that the firearm would be used to commit a crime under the Export Control Reform Act of 2018.

In violation of Title 18, United States Code, Section 924(h).

COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about June 17, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, knowingly engaged in the business of dealing in firearms without a Federal Firearms License.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

On or about June 17, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, transferred two firearms, to wit: a Century Arms Inc. model VSKA caliber 7.62x39 pistol; and a Staccato 2011, LLC. Model HD P4 caliber 9x19 pistol, with knowledge or reasonable cause to believe that the firearm would be used to commit a crime under the Export Control Reform Act of 2018.

In violation of Title 18, United States Code, Section 924(h).

COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about June 18, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, knowingly engaged in the business of dealing in firearms without a Federal Firearms License.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

COUNT NINE

THE GRAND JURY FURTHER CHARGES:

On or about June 18, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, transferred two firearms, to wit: a Zastava, Model ZPAP92, 7.62 caliber pistol; and an Anderson Manufacturing, Model AM-15, Multi-caliber lower .308 rifle, with knowledge or reasonable cause to believe that the firearm would be used to commit a crime under the Export Control Reform Act of 2018.

In violation of Title 18, United States Code, Section 924(h).

COUNT TEN

THE GRAND JURY FURTHER CHARGES:

On or about June 22, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, knowingly engaged in the business of dealing in firearms without a Federal Firearms License.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

COUNT ELEVEN

THE GRAND JURY FURTHER CHARGES:

On or about June 22, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, transferred three firearms, to wit: an IWI, Model: Tavor SAR, caliber .223, rifle; a Smith and Wesson model SD9VE caliber 9mm pistol; a Forjas Taurus model G2c caliber 9mm pistol, with knowledge or reasonable cause to believe that the firearms would be used to commit a crime under the Export Control Reform Act of 2018.

In violation of Title 18, United States Code, Section 924(h).

COUNT TWELVE

THE GRAND JURY FURTHER CHARGES:

On or about June 30, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, knowingly engaged in the business of dealing in firearms without a Federal Firearms License.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

COUNT THIRTEEN

THE GRAND JURY FURTHER CHARGES:

On or about June 30, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, did knowingly possess a machinegun.

In violation of Title 18, United States Code, Section 922(o)(1).

COUNT FOURTEEN

THE GRAND JURY FURTHER CHARGES:

On or about June 30, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, transferred a firearm, to wit: a Palmetto State Armory model Palmetto Dagger Compact caliber 9mm pistol, with knowledge or reasonable cause to believe that the firearm would be used to commit a crime under the Export Control Reform Act of 2018.

In violation of Title 18, United States Code, Section 924(h).

COUNT FIFTEEN

THE GRAND JURY FURTHER CHARGES:

On or about July 16, 2026, in the Middle District of Tennessee, the defendants, **[2] KENYON BLACKMAN,** and **[3] IMARI CALLOWAY**, knowingly engaged in the business of dealing in firearms without a Federal Firearms License.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

COUNT SIXTEEN

THE GRAND JURY FURTHER CHARGES:

On or about July 16, 2026, in the Middle District of Tennessee, the defendants, **[2] KENYON BLACKMAN,** and **[3] IMARI CALLOWAY**, transferred a firearm, to wit: a Zastava model PAP M92PV caliber 7.62x39mm pistol, with knowledge or reasonable cause to believe that

the firearm would be used to commit a crime under the Export Control Reform Act of 2018.

In violation of Title 18, United States Code, Section 924(h).

COUNT SEVENTEEN

THE GRAND JURY FURTHER CHARGES:

On or about July 22, 2026, in the Middle District of Tennessee, the defendant, **[3] IMARI CALLOWAY**, knowingly engaged in the business of dealing in firearms without a Federal Firearms License.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

COUNT EIGHTEEN

THE GRAND JURY FURTHER CHARGES:

On or about July 22, 2026, in the Middle District of Tennessee, the defendant, **[3] IMARI CALLOWAY**, transferred two firearms, to wit: a Trabzon Silah Sanayi A.S. (TISAS) model PX-9 Carry caliber 9x19mm pistol; and an American Tactical Inc. model Omni Hybrid caliber Multi lower receiver, coupled with a caliber 5.56 upper receiver by American Tactical to make a complete pistol, with knowledge or reasonable cause to believe that the firearm would be used to commit a crime under the Export Control Reform Act of 2018.

In violation of Title 18, United States Code, Section 924(h).

A TRUE BILL

[redacted]

FOREPERSON

BRADEN H. BOUCEK
UNITED STATES ATTORNEY

Brian Enright

BRIAN ENRIGHT
ASSISTANT UNITED STATES ATTORNEY