CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment ☒
Complaint ☐
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: Davidson
AUSA's NAME: Brian Enright

Reviewed by AUSA: BTE
(Initials)

Imari Calloway
Defendant's Full Name

Interpreter Needed? ☐ Yes ☒ No

Defendant's Address

If Yes, what language? ____________

Defendant's Attorney

| COUNT | TITLE/SECTION | OFFENSE CHARGED | MAX PRISON (plus any mandatory minimum) | MAX FINE |
|---|---|---|---|---|
| 1 | 18 U S C § 924(h) | Conspiracy to Receive or Transfer a Firearm Knowing of Having Reasonable Cause to Believe It Would be Used to Commit a Felony | Maximum 15 years' imprisonment | $250,000 |
| 2, 4, 15, 17 | 18 U S C § 922(a)(1)(A) | Dealing firearms without a license | Maximum 5 years' imprisonment | $250,000 |
| 5 16, 18 | 18 U S C § 924(h) | Transferred a Firearm Knowing of Having Reasonable Cause to Believe It Would be Used to Commit a Felony | Maximum 15 years' imprisonment | $250,000 |

Is the defendant currently in custody? Yes ☐ No ☒ If yes, State or Federal? Writ requested ☐

Has a complaint been filed? Yes ☐ No ☒
If Yes Name of the Magistrate Judge ____________ Case No ____________
Was the defendant arrested on the complaint? Yes ☐ No ☒

Has a search warrant been issued? Yes ☒ No ☐
If Yes Name of the Magistrate Judge EVANS Case No 26-MJ-448, -4449, -4450

Was bond set by Magistrate/District Judge? Yes ☐ No ☒ Amount of bond ____________

Is this a Rule 20? Yes ☐ No ☒ To/from what district? ____________
Is this a Rule 40? Yes ☐ No ☒ To/from what district? ____________

Estimated trial time: Four days

The Clerk will issue a **Warrant** (circle one) (Note If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested Yes ☒ No ☐ Recommended conditions of release ____________

**NOTE: Imari Calloway's co-defendant, Kedarious Bell, was indicted in a related case on August 5, 2026, filed under case number 3:26-cr-00180.**